UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARTIN BAEZ and
HARLEM INDEPENDENT LIVING CENTER, INC.,

                              Plaintiffs,

UNITED CAPITAL CORP.,
AFP 107 CORP., and
AFP MANAGEMENT CORP.,

                              Defendants.
-----------------------------------------------------------------X

Case No.: 17-cv-0953(FJS)(DJS)

STIPULATION OF DISMISSAL

       **IT IS STIPULATED AND AGREED** by and between counsel for the defendants and pro se, plaintiff, Martin Baez, that no party hereto is an infant or incompetent and that this action by Martin Baez[1] is hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(2) of the Federal Rules of Civil Procedure;

Dated: November 1, 2019

By: _____
    Martin Baez, pro so

Dated: November 1, 2019

Milman Labuda Law Group PLLC

By: _____
Jamie S. Felsen, Esq.
Attorneys for Defendants
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
(516) 328-8899

SO ORDERED:

_____
Thomas J. McAvoy, U.S.D.J.

---

[1] The other plaintiff, Harlem Independent Living Center, Inc. previously withdrew its claims.