UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARTIN BAEZ and
HARLEM INDEPENDENT LIVING CENTER, INC.,   Case No.: 17-cv-0953

                                                                                     STIPULATION OF
                           Plaintiffs,                                         DISMISSAL

UNITED CAPITAL CORP.,
AFP 107 CORP., and
AFP MANAGEMENT CORP.,

                           Defendants.
-------------------------------------------------------------------X

       **IT IS STIPULATED AND AGREED** by and between counsel for the defendants and pro se, plaintiff, Martin Baez, that no party hereto is an infant or incompetent and that this action by Martin Baez[1] is hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(2) of the Federal Rules of Civil Procedure;

Dated: November 1, 2019                           Dated: November 1, 2019

                                                                Milman Labuda Law Group PLLC

By: _____                      By: _____
     Martin Baez, pro so                                 Jamie S. Felsen, Esq.
                                                               Attorneys for Defendants
                                                               3000 Marcus Avenue, Suite 3W8
                                                               Lake Success, New York 11042
                                                               (516) 328-8899

SO ORDERED:  November 5, 2019

_____
Thomas J. McAvoy
Senior, U.S. District Judge

---

[1] The other plaintiff, Harlem Independent Living Center, Inc. previously withdrew its claims.